IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRADLEY H. YOUNG, D.C.
a/a/o JOHN J. PUSKAS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D16-0245

UNITED SERVICES
AUTOMOBILE ASSOCIATION,

    Respondent.

_____/

Opinion filed June 1, 2016.

Petition for Writ of Certiorari – Original Jurisdiction.

Woodburn S. Wesley, Jr. and John W. Wesley of Wesley, McGrail & Wesley, Fort Walton Beach, for Petitioner.

Douglas H. Stein of Bowman and Brooke, LLP, Coral Gables, for Respondent.

PER CURIAM.

    DENIED.

WOLF, WETHERELL, and KELSEY, JJ., CONCUR.